FILED
2022 Nov-18 AM 09:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH MESSINA,** )  <br> ) <br> **Plaintiff,** ) <br> ) <br> v.  ) <br> ) <br> **TITLEMAX OF ALABAMA, INC.** ) <br> **MV CONNECT, LLC; and** ) <br> **ALLSTAR RECOVERY LLC,** ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21cv1170 AMM** |

## MEDIATION ORDER

This case is appropriate for mediation pursuant to Section IV of the court's Alternative Dispute Resolution Plan (the "Plan"). The mediation shall be completed **on or before January 17, 2023**.

Within **seven days** following mediation, the parties shall file a report with court informing the court only that a settlement was reached or that mediation was conducted and the parties were unable to settle their claims.

**Within fourteen days** from entry of this order, the parties are **DIRECTED** to select a mediator from the Court Panel of Neutrals in accordance with the requirements of the Plan, or to select an alternate mediator agreed upon by the parties. A current list of the court's Panel of Neutrals who are available for service

1

as mediators is available from the Clerk of the Court or on the court's website at http://www.alnd.uscourts.gov/alternative-dispute-resolution-plan. Before selecting a mediator, the parties should contact the proposed mediator to determine the existence of any potential conflicts of interest and his or her willingness to serve.

If the parties are unable to agree on a mediator, the parties should send an email to chambers (manasco_chambers@alnd.uscourts.gov), and the court will appoint a mediator consistent with Section IV.3.b. of the Plan.

Unless otherwise agreed by the parties, the costs of mediation shall be borne equally by the parties. *See* Section IV.11 of the Plan.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented at the mediation by a principal, partner, officer, or official with full authority to negotiate a settlement. If one or more insurance companies are necessary to a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present in person during the entire mediation.

This order does not operate as a stay of the proceedings and does not delay any deadlines established in the court's scheduling order entered May 18, 2022.[1] Doc. 35.

**DONE** and **ORDERED** this 18th day of November, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

---

[1] Although the Plan provides for a stay of the proceedings during mediation (ADR Plan Section IV.4), this court does not stay the proceedings for mediation unless extraordinary circumstances exist, and the court enters an order expressly staying the proceedings or certain deadlines.